IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

SAMUEL A. MAYSON and
TARA D. MAYSON

CASE NO.: 03-3154

59 QUALITY TERRACE
MARTINSBURG, WV WV 25401

CHAPTER 13

DEBTORS.

_____/

## CHAPTER 13 PLAN

There shall be paid to the Chapter 13 Trustee, Helen M. Morris, the sum of $47,700.00 payable in monthly payments of $795.00 every month for sixty months by Debtors in such installments as agreed upon with the Trustee, for payment of all existing debts of Debtors pursuant to this Plan, except as the Court may otherwise order. Debtors submit all future income to the supervision and control of Trustee during the pendency of this case and agree to pay sufficient funds to the Trustee to fully complete this Plan.

From the payments so received, the Trustee shall make disbursements as follows:

1. **ADMINISTRATIVE CLAIMS:**

    A.  Trustee's Fees and Expenses:        $4,770.00

    B.  Unpaid Attorney Fees:               $1,800.00

2.  **PRIORITY CLAIMS:**

The amounts owed to priority creditors are listed below to be paid as follows:

|    | CREDITOR | AMOUNT OWED |
|----|----------|-------------|
| A. | Internal Revenue Service | $     0.00 |
| B. | West Virginia State Tax Dept. | $11,612.17 |
|    | Monthly Payment: | $    232.84 |
|    | Interest Rate (on balance only-$8,572.00): | 10% |
|    | Number of Payments: | 60 |
|    | Total Amount to Be Paid in Plan: | $13,970.40 |
| C. | American Education Services<br>P.O. Box 8147<br>Harrisburg, PA 17105-8147<br>(Student Loan) | $ 3,714.80 |
|    | Interest Rate: | 4.3% |
|    | Number of Payments: | 60 |
|    | Monthly Payment: | $     69.04 |
|    | Total Amount to Be Pain in Plan: | $ 4,142.40 |

3.  **HOUSE PAYMENT PAID INSIDE THE PLAN AS PASS THROUGH PAYMENTS FOR THE BENEFIT OF THE CREDITOR:**

The following secured creditor shall be paid by the Trustee as pass through payments upon receipt of sufficient funds to make a distribution:

| | |
|---|---|
| Name of Creditor: | National City Mortgage<br>P.O. Box 1820<br>Dayton, Ohio 45401-1820 |
| Account Number: | 9713466 |
| Type of Collateral: | Deed of Trust on Residence |
| Amount Owed: | $154,000.00 |
| Monthly Payment | $   1,041.00 |
| Fair Value of Collateral: | $190,000.00 |
| Arrearages to be Paid Through Plan: | $  11,100.00 |

4. **SECURED DEBT PAID INSIDE THE PLAN:**

   The following payments will be made to secured creditors through the Plan:

   1. Name of Creditor:                                 National City Mortgage
                                                        P.O. Box 1820
                                                        Dayton, Ohio 45401-1820
      Type of Collateral:                               Deed of Trust on residence
      Account Number:                                   9713466
      Amount Owed (Arrearage only):                     $ 11,100.00
      Amount to be Paid Creditor Through Plan:          $ 11,100.00
      Monthly Payment for 60 Months:                    $     185.00

   2. Name of Creditor:                                 Household Auto Finance
                                                        P.O. Box 17904
                                                        San Diego, CA 92177
      Type of Collateral:                               1997 Nissan Pathfinder
      Account Number:                                   699963
      Amount Owed:                                      $14,000.00
      Value of Collateral:                              $ 7,150.00
      Amount to be Paid in Creditor as Secured:         $ 7,150.00
      Interest Rate:                                    9%
      Number of Payments:                               60
      Monthly Payment for 60 Months:                    $     148.45
      Total Amount to be Paid in Plan:                  $ 8,907.00

   3. Name of Creditor:                                 Schewel Furniture
                                                        1357 Old Courthouse Square
                                                        Martinsburg, WV 25401
      Type of Collateral:                               Miscellaneous Furniture
      Account Number:                                   235150274
      Amount Owed:                                      $2,200.00
      Value of Collateral:                              $2,200.00
      Amount to be Paid in Creditor as Secured:         $2,200.00
      Interest Rate:                                    9%
      Number of Payments:                               60
      Monthly Payment for 60 Months:                    $     45.67
      Total Amount to be Paid in Plan:                  $2,740.20

5.  **UNSECURED CLAIMS:**

    After payment is made to administrative claims set forth in Paragraph 1 above, the Trustee shall pay dividends, pro rata, on claims allowed to remaining unsecured creditors.

    None.

6.  **EXECUTORY CONTRACTS:**

    All executory leases and contracts not set forth above are rejected except:

    None.

7.  **VESTING**

    Unless otherwise ordered at a later date, property of the estate shall not vest in the Debtors until discharge, and all post-petition creditors should refer to 11 U.S.C. 1327(b) and contact confident bankruptcy counsel to determine the affect of this selection on your ability to collect a post-petition debt.

8.  **SUMMARY**

    | | |
    |---|---|
    | Trustee Fee | $ 4,770.00 |
    | Attorney Fee | $ 1,800.00 |
    | Priority Claims: | $18,112.80 |
    | Secured Creditors: | $22,747.20 |
    | Unsecured Claims: | Pro Rata Payout |
    | Total Payout: | $47,700.00 |

    Dated this 4th day of September, 2003.

    _____
    SAMUEL A. MAYSON, Debtor

    _____
    TARA D. MAYSON, Debtor