(10u

IN THE UNITED STATES BANKRUPTCY COURT
for the Northern District of West Virginia

IN RE:
**SAMUEL A. MAYSON**                               CASE NO: **03-03154**
**TARA D. MAYSON**                                 CHAPTER 13

        Debtor(s)

**TRUSTEE'S REPORT OF COMPLETION OF PLAN**

    This day comes the Trustee and reports that the instant debtors have completed their plan payments pursuant to the Confirmation Order, and any modifications thereof, entered in this case.

    Wherefore, the Trustee respectfully submits that the debtors are entitled to a discharge order.

                                        Helen M. Morris
                                        CHAPTER 13 TRUSTEE

/s/ Helen M. Morris
áááááááááááááááááááááááááááááá
Helen M. Morris
State Bar No. 2637
P.O. Box 8535
South Charleston, WV 25303
(304) 744-6730

**Michael D. Sturm
Clerk of the Bankruptcy Court
Wheeling, WV 26003**

Case 3:03-bk-03154    Doc 37    Filed 12/09/04    Entered 12/09/04 09:02:27    Desc Main
Document      Page 1 of 2

CERTIFICATE OF SERVICE

    I, Helen M. Morris, Chapter 13 trustee, do hereby certify that service of the foregoing **TRUSTEE'S REPORT OF COMPLETION OF PLAN** was made by mailing a true copy thereof to the following with postage pre-paid on this the_____day of _____.

MICHAEL NOVOTNY
MCNEER HIGHLAND MCMUNN & VARNER LC
P O BOX 2509
MARTINSBURG, WV 25402

SAMUEL A. MAYSON
59 QUALITY TERRACE
MARTINSBURG, WV 25401

TARA D. MAYSON
59 QUALITY TERRACE
MARTINSBURG, WV 25401

    The following was served electronically:

Office of the U.S. Trustee
300 Virginia St. East
Room 2025
Charleston, WV 25301

/s/ Helen M. Morris
ááááááááááááááááááááááááááááááá
Helen M. Morris, Trustee
State Bar No. 2637
P.O. Box 8535
South Charleston, WV 25303
(304) 744-6730